IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | 1:07-cv-0519 OWW DLB  (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| JAMES E. TILTON, et al., | (DOCUMENT #9) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On February 25, 2008,  plaintiff filed a motion to extend time to file amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated:  **March 14, 2008**                      **/s/ Dennis L. Beck**
                                                                 UNITED STATES MAGISTRATE JUDGE