1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   HOMER TYRONE LEWIS,                         CASE NO. 1:07-cv-519-OWW-DLB (PC)

10                    Plaintiff,                ORDER SETTING SHOW CAUSE HEARING

11        v.                                    (Doc. 15)

12   JOHN TILTON, et al.,                       ORDER DENYING MOTION TO EXTEND
                                                TIME
13                    Defendants.
                                                (Doc. 17)
14
                                                Show Cause Hearing: January 23, 2009 at 10:30 A.M.
15                                              before the Honorable Dennis L. Beck, Courtroom 9.

16   _____/

17        Plaintiff Homer Tyrone Lewis ("plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April

19   2, 2007.

20        On March 24, 2008, plaintiff filed a first amended complaint.  (Doc. 12).  Incorporated by

21   reference is a signed declaration of Inmate Kenneth R. Calihan, Inmate No. F-17158. (Doc. 12, Exh.

22   J). On November 19, 2008, the Court received a letter from Inmate Kenneth R. Calihan, charging

23   plaintiff with falsifying Inmate Calihan's signature and filing a false declaration with the Court.

24   (Doc. 15).  Inmate Calihan states that he did not sign the declaration.

25        This Court issued an order on November 25, 2008, commanding Plaintiff to show cause why

26   his conduct in preparing and filing the declaration of Inmate Kenneth Calihan is not in violation of

27   Rule 11 and why sanctions, up to and including dismissal of this action, should not be imposed.

28   (Doc. 16).  Plaintiff was ordered to file a response within 15 days of service of the order.

1

1    On December 12, 2008, Plaintiff filed a motion for a sixty-day extension of time. (Doc. 17).

2  In his motion, Plaintiff attests that he is housed in Administrative Segregation.  Plaintiff attests that

3  he requires additional time to secure a declaration from his witness, Inmate Ernesto Fierro, E-72521,

4  whom is also housed in Administrative Segregation, and has knowledge of the relevant events at

5  issue and will dispute Inmate Calihan's assertions.

6    The Court shall set this matter for a show cause hearing on January 23, 2009 at 10:30 a.m.

7  before the undersigned in Courtroom 9.  Plaintiff is no longer required to file a further written

8  response to the order to show cause.  The hearing will serve as Plaintiff's final opportunity to be

9  heard on this matter.  Accordingly, Plaintiff's request for an extension of time to file a response is

10  denied.

11    Transportation orders to secure the attendance of 1) Plaintiff Homer Tyrone Lewis, C-78132;

12  2) Inmate Witness Ernesto Fierro, E-72521; and 3) Inmate Witness Kenneth Calihan  F-17158; at

13  the show cause hearing will be issued separately.

14    IT IS SO ORDERED.

15    **Dated:    December 19, 2008**                            **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28