

JAN 2 3 2009



# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | CASE NO. 1:07-cv-0519 OWW DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| DERRAL G ADAMS, et. al., | |
| Defendants. | |

A show cause hearing in this matter commenced and concluded on January 23, 2009.

Accordingly, Plaintiff Homer Tyrone Lewis, C-78132, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: January 23, 2009

UNITED STATES MAGISTRATE JUDGE

1